UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| JEFFREY A. THORNHILL, | ) | |
|---|---|---|
| | ) | Case No. 3:19-cv-419 |
| *Petitioner*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Debra C. Poplin |
| KENNETH HUTCHISON, | ) | |
| | ) | |
| *Respondent*. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously herewith:

1. Petitioner's motion for voluntary dismissal of his federal habeas petition (Doc. 17) is **GRANTED**;

2. Respondent's motion to dismiss (Doc. 15) is **DENIED AS MOOT**;

3. This action is **DISMISSED WITHOUT PREJUDICE**;

4. It is **CERTIFIED** that any appeal from this order would not be taken in good faith, and therefore, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*, *see* Fed. R. App. P. 24; and

5. The Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　*/s/ Travis R. McDonough*
　　　　　　　　　　　　　　　　　　　　**TRAVIS R. MCDONOUGH**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
　s/ John Medearis
　CLERK OF COURT